**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Maria Fruge

Civil Case # 1:20-cv-00326-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND**
**FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Larry Fruge, surviving spouse of Maria Fruge, and files this motion to substitute. Larry Fruge is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1.      Plaintiff Maria Fruge initially filed suit in the United States District Court for the Southern District of Indiana on January 29, 2020.

2.      Plaintiff Maria Fruge died on or about May 3, 2026.

3.      On May 4, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27885. Plaintiff's counsel recently learned of the death of Maria Fruge after contacting her spouse.

4.      Larry Fruge, surviving spouse of Maria Fruge, is the proper party plaintiff to substitute for Plaintiff-decedent Maria Fruge and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.

1

A motion for substitution may be made by any party or by the decedent's successor or representative."

5.    Plaintiff thus moves to substitute Larry Fruge, as Heir and Representative of the Estate of Maria Fruge, Deceased, as Plaintiff in the present action.

6.    Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Larry Fruge, as Heir and Representative of the Estate of Maria Fruge, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Maria Fruge is now deceased.

7.    A proposed Amended Short Form Complaint is attached hereto as Exhibit "A".

8.    Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Larry Fruge, as Heir and Representative of the Estate of Maria Fruge, Deceased, as Party Plaintiff for Maria Fruge; (2) the Court grant leave to file the attached Amended Short Form Complaint; Case 1:20-cv-00326-RLY-TAB; and, (3) the Court deem the attached Amended Short Form Complaint filed instanter.  A proposed Order is attached hereto as Exhibit "B".

Dated: August 3, 2026.

2

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon