**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Maria Fruge

Civil Case # 1:20-cv-00326-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

The Court has considered the surviving spouse of Plaintiff-decedent Maria Fruge, Larry Fruge's Motion to Substitute Party Plaintiff and for Leave to File Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 28065.]

IT IS THEREFORE ORDERED that: (1) Larry Fruge, as Heir and Representative of the Estate of Maria Fruge, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and, (3) the Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 10/6/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.